UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WESLEY J. CRAWFORD,

       Petitioner,

v.                                 **ORDER**
                                 Civil File No. 11-641 (MJD/JJG)

SCOTT P. FISHER,

       Respondent.

Wesley J. Crawford, pro se.

Gregory G. Brooker and Mary J. Madigan, Assistant United States Attorneys, Counsel for Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated January 5, 2012.  Petitioner filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Graham.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated January 5, 2012 [Docket No. 17].

2. The Petition for Writ of Habeas Corpus [Docket No. 1] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   February 13, 2012            s/ Michael J. Davis
                                      Michael J. Davis
                                      Chief Judge
                                      United States District Court